The following constitutes
the order of the court. Signed June 14, 2018

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Bert Birmingham,<br><br><br>                              Debtor. | Case No. 16-53437 MEH<br><br>Chapter 13 |
| Bank of America,<br><br>                              Plaintiff.<br><br>v.<br><br>Sergio Roldan, et. al.,<br><br>                              Defendants. | Adv. No. 18-5025<br><br><br>Date:     June 14, 2018<br>Time:     2:30 p.m.<br>Ctrm:     3020 (San Jose) |

<u>ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER</u>

Plaintiff in the above-captioned adversary proceeding filed an application for temporary restraining order on June 13, 2018. (the "Application") (Dkt. #4). The Application came on for hearing on June 14, 2018. Appearances were as stated on the record. For the reasons stated on the record, the Application is hereby

DENIED.

**END OF ORDER**

1

## COURT SERVICE LIST

**Via ECF:**

All ECF Recipients